SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Bradley Doucette (SBN 322611)
bdoucette@seyfarth.com
400 Capitol Mall, Suite 2300
Sacramento, California 95814
Telephone:   (916) 448-0159
Facsimile:    (916) 558-4839

SEYFARTH SHAW LLP
Ashley N. Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601

Attorneys for Defendant
ROSS STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>             Plaintiff,<br><br>   v.<br><br>ROSS STORES, INC.,<br><br>            Defendants. | Case No. 5:22-cv-07686-VKD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (A)(1)(A)(II)**<br><br><br>Complaint Filed: December 6, 2022 |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS SO STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

DATED: August 25, 2023     **SEYFARTH SHAW LLP**

By: */s/ Ashley N. Arnett*
    Ashley N. Arnett

Attorneys for Defendant
ROSS STORES, INC.

DATED: August 25, 2023     **PRO SE**

By: */s/ Fernando Gastelum*
    Fernando Gastelum

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Ashley N. Arnett, hereby certify that the content of this document is acceptable to Fernando Gastelum, and that Mr. Gastelum has provided his authorization to affix his electronic signature to this document.

DATED: August 25, 2023                               **SEYFARTH SHAW LLP**

By: _/s/ Ashley N. Arnett_
    Ashley N. Arnett

    Attorneys for Defendant
    ROSS STORES, INC.

STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (A)(1)(A)(II)

97590017v.1